**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>JOHNNY TORRES, individually and on behalf of the class defined herein,<br>v.<br>ARROW FINANCIAL SERVICES, LLC. | Case Number: 3:06-cv-50042<br>FILED: MAY 15, 2008<br>08CV2813     PH<br>JUDGE GRADY<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Johnny Torres, Plaintiff.

| |
|---|
| NAME (Type or print)<br>Francis R. Greene |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Francis R. Greene |
| FIRM<br>Edelman, Combs, Latturner & Goodwin, LLC |
| STREET ADDRESS<br>120 S. LaSalle St. 18th Floor |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06272313 | TELEPHONE NUMBER<br>(312) 739-4200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐