**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHNNY TORRES, individually and on behalf of the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 08 CV 2813 |
| vs. | ) ) | Judge Grady |
| ARROW FINANCIAL SERVICES, LLC, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:**   (See attached service list.)

**PLEASE TAKE NOTICE** that on June 4, 2008 at 11:00 a.m., we will appear before Honorable Judge Grady in room 2201 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

                                                                                            s/Daniel A. Edelman
                                                                                            Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, hereby certify that on May 22, 2008, I caused to be filed with the Clerk of the Court the foregoing document via the CM/ECF system. I further certify that I caused to be served a true and accurate copy of such filing via certified mail upon the following party:

Arrow Financial Services, LLC
c/o CT Corporation System, Registered Agent
208 S. LaSalle St., Suite 814
Chicago, IL 60604

                                                s/Daniel A. Edelman
                                                Daniel A. Edelman