IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHNNY TORRES, individually and on behalf of the class defined herein, ) ) ) | |
| Plaintiff, ) ) | Case No.: 08 CV 2813 |
| v. ) ) | Judge: Grady |
| ARROW FINANCIAL SERVICES, LLC, ) ) ) | Magistrate Judge Brown |
| Defendant. ) | |

**CORPORATE DISCLOSURE STATEMENT**

Defendant, Arrow Financial Services, LLC, by its attorneys, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states as follows:

1. Arrow Financial Services LLC is a single member LLC.

2. Its parent company is AFS Holdings, LLC. AFS Holdings, LLC is not publicly held.

                                                    Respectfully submitted,

                                                    HINSHAW & CULBERTSON LLP

                                                    By: s/Jennifer W. Weller
                                                          Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6326156v1 889319

## CERTIFICATE OF SERVICE

    I hereby certify that on **June 5, 2008**, I electronically filed the above and foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                          HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz | s/ *Jennifer W. Weller* |
| Jennifer W. Weller | Jennifer W. Weller |
| HINSHAW & CULBERTSON LLP | |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| dschultz@hinshawlaw.com | |
| jweller@hinshawlaw.com | |

6326156v1 889319