## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John F. Grady | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2813 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Torres vs. Arrow Financial Services | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for class certification is withdrawn. Defendant given leave to answer the complaint or file a motion to dismiss with supporting a memorandum by 06/30/08. If a motion to dismiss is filed, response to said motion due by 07/28/08; reply due by 08/18/08. Discovery to proceed by agreement after 06/30/08.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|