IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY TORRES, individually and behalf of the class defined herein, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 08CV2813 |
| v. | ) ) | Judge: Grady |
| ARROW FINANCIAL SERVICES, LLC, | ) ) | Magistrate Judge Brown |
| Defendant. | ) ) | |

**UNOPPOSED MOTION TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

Defendant Arrow Financial Services, LLC by and through its attorneys David M. Schultz and Jennifer W. Weller and for its Unopposed Motion to Extend the Briefing Schedule on Defendant's Motion to Dismiss states as follows:

1.     On June 6, 2008, this court set the following schedule on Defendant's Motion to Dismiss: the motion is to be filed by June 30, 2008, the response is to be filed by July 28, 2008 and a reply is to be filed by August 18, 2008.  A discovery schedule has not been set, however, this court ruled that discovery shall proceed by agreement, after June 30, 2008.

2.     Counsel for defendant requests that this court extend the schedule by an additional 10 days in light of the upcoming Fourth of July holiday and counsel's vacation schedule. Counsel for defendant requests that this court extend the briefing schedule as follows: Defendant's motion to be filed by July 10, 2008, Plaintiff's response to be filed by August 7, 2008 and Defendant's reply to be filed by August 28, 2008.

3.     The additional time will not prejudice any party or unnecessarily delay the case in light of the fact that no discovery schedule has been set and there are no upcoming hearings.

4.    Counsel for defendant has discussed the additional time with counsel for the plaintiff and has confirmed that the motion is unopposed.

WHEREFORE, Defendant Arrow Financial Services, LLC respectfully requests that this court extend the briefing schedule on Defendant's Motion to Dismiss requiring that Defendant file the motion by July 10, 2008, Plaintiff to file a response by August 7, 2008 and Defendant to file a reply by August 28, 2008.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By:  s/Jennifer W. Weller


David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000