IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHNNY TORRES, individually and behalf of the class defined herein, ) ) ) | |
| Plaintiff, ) ) | Case No.: 08CV2813 |
| v. ) ) | Judge: Grady |
| ARROW FINANCIAL SERVICES, LLC, ) ) ) | Magistrate Judge Brown |

**NOTICE OF MOTION**

TO:  Daniel A. Edelman, Cathleen M. Combs,
     Francis R. Greene, James O. Latturner
     Edelman, Combs, Latturner & Goodwin, LLC
     120 South LaSalle Street, 18th Floor
     Chicago, IL 60603

**PLEASE TAKE NOTICE** that on **July 2, 2008**, at **11:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge John F. Grady or any Judge sitting in his/her stead in Courtroom 2201, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **UNOPPOSED MOTION TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS,** a copy of which is served upon you.

HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

s/ *Jennifer W. Weller*
Jennifer W. Weller

6334754v1 889319

## CERTIFICATE OF SERVICE

I hereby certify that on **June 26, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and UNOPPOSED MOTION TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                                          HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com | s/ *Jennifer W. Weller*<br>Jennifer W. Weller |

2

6334754v1 889319