**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case  08CV2813

Johnny Torres, individually and on behalf of the
class defined herein,                    Plaintiff

v.

Arrow Financial Services, LLC,

                            Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Arrow Financial Services, LLC

| |
|---|
| SIGNATURE  /s/Corinne C. Heggie |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 No. LaSalle St., Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6276412 | 312-704-3000 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐        NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐        NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐        NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

6339135v1 889319