IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHNNY TORRES, individually and behalf of the class defined herein,<br><br>Plaintiff,<br><br>v.<br><br>ARROW FINANCIAL SERVICES, LLC, | )<br>)<br>)<br>) Case No.: 08CV2813<br>)<br>) Judge: Grady<br>)<br>) Magistrate Judge Brown<br>)<br>) |

**NOTICE OF MOTION**

TO:   Daniel A. Edelman, Cathleen M. Combs,
        Francis R. Greene, James O. Latturner
        Edelman, Combs, Latturner & Goodwin, LLC
        120 South LaSalle Street, 18th Floor
        Chicago, IL 60603

   **PLEASE TAKE NOTICE** that on **July 16, 2008**, at **11:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge John F. Grady or any Judge sitting in his/her stead in Courtroom 2201, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) and MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6),** a copy of which is served upon you.

                                                                                            HINSHAW & CULBERTSON LLP

David M. Schultz                                              */s/Corinne C. Heggie*
Jennifer W. Weller                                            Corinne C. Heggie
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6339315v1 889319

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on **July 10, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION, MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) and MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6)** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

      HINSHAW & CULBERTSON LLP

David M. Schultz        s/ *Corinne C. Heggie*
Jennifer W. Weller        Corinne C. Heggie
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
cheggie@hinshawlaw.com

2