**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Johnny Torres
                      Plaintiff,

v.                                        Case No.: 1:08−cv−02813
                                               Honorable John F. Grady

Arrow Financial Services, LLC.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 11, 2008:

      MINUTE entry before the Honorable John F. Grady:Motion to dismiss [21] is entered and continued until further order of court. Response to motion to dismiss[21] due by 08/07/2008; reply due by 8/28/2008. Hearing set for 07/16/08 stricken.Mailed/Telephoned notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.