IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHNNY TORRES, individually and behalf of the class defined herein, | ) ) ) |
| Plaintiff, | ) Case No.: 08CV2813 |
| v. | ) ) Judge: Grady |
| ARROW FINANCIAL SERVICES, LLC, | ) ) Magistrate Judge Brown ) ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on **July 11, 2008**, I electronically filed the above and foregoing **CORRECTED MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6)** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served on all parties of record.

                                           HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz | s/ *Corinne C. Heggie* |
| Jennifer W. Weller | Corinne C. Heggie |
| Corinne C. Heggie | |
| HINSHAW & CULBERTSON LLP | |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| dschultz@hinshawlaw.com | |
| jweller@hinshawlaw.com | |
| cheggie@hinshawlaw.com | |